Joseph Gabaeff, SBN 255054
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorney for BANDAI NAMCO MUSIC LIVE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | CASE NO. _____<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Bandai Namco Music Live Inc. ("BNML") through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to Cloudflare, Inc. to identify certain alleged infringers of copyrights, whose owner(s) of those copyrights BNML represents, as set forth in the supporting Declaration of Hiroyuki Nakajima ("Nakajima Decl.") being filed concurrently herewith.

In support of its request, BNML submits and attaches the following: (1) a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Nakajima Decl. ¶ 7); and (3) a copy of the Section 512(c)(3)(A) sent at BNML's direction to Cloudflare, Inc. (See Schedule 1 of Nakajima Decl.).

*[Signature Page Follows]*

Dated: June 29, 2024

**GAMMA LAW P.C.**

By: /s/ Joseph Gabaeff
Joseph Gabaeff
*Attorneys for Bandai Namco Music Live Inc.*